**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAREN MOMBER, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-2322 (RC) |
| ROBERT L. WILKIE, Secretary, U.S. Department of Veterans Affairs, | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, it is hereby stipulated and agreed between Plaintiff Karen Momber and Defendant Robert L. Wilkie, Secretary, U.S. Department of Veterans Affairs, collectively referred to hereinafter as "the Parties," by and through their respective attorneys, as follows:

1. The Parties agree to settle and compromise this action under the terms and conditions set forth herein.

2. In consideration of Plaintiff's agreement that this action shall be dismissed with prejudice, Defendant agrees to pay Plaintiff the total sum of $400.00 (Four Hundred Dollars and No Cents) in full satisfaction of any and all claims by Plaintiff for attorneys' fees, expenses and costs in connection with this case.

3. This Stipulation of Settlement and Dismissal (the "Stipulation") does not constitute an admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by all parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

4. Plaintiff waives, releases, discharges, and abandons any and all claims, whether asserted or un-asserted, against Defendant in connection with its FOIA requests at issue in this case, including, without limitation, all claims for fees and costs.

5. The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

6. This Stipulation, when executed by both Plaintiff's counsel and counsel for Defendant, and filed with the Court, shall constitute a dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7. This Stipulation shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

8. The Parties agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

9. The Parties understand that this Stipulation contains the entire agreement between Plaintiff and Defendant; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendant, or their respective counsel, not included herein shall be of any force and effect.

10. The parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.  The exception is that this Stipulation may be used as evidence to enforce the Parties' agreement.

11. This Stipulation may not be amended, modified, waived, or supplemented except by written instrument executed by duly authorized representatives of both parties.

12. If any paragraph or portion of this Stipulation is determined to be unenforceable, the remainder of the Parties' agreement shall remain in full force and effect.

Dated: October 28, 2019                    Respectfully submitted,

By: /s/ *Michael D.J. Eisenberg*
Michael D.J. Eisenberg (D.C. Bar No. 486251)
Law Offices of Michael D.J. Eisenberg
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Telephone: (202) 558-6371
Facsimile: (202) 403-3430
michael@eisenberg-lawofffice.com

*Counsel for Plaintiff*

JESSIE K. LIU
United States Attorney
D.C. BAR # 472845

DANIEL F. VAN HORN
Chief, Civil Division
D.C. BAR # 924092

By: /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
Facsimile: (202) 252-2599
paul.cirino@usdoj.gov

*Counsel for Defendant*

SO ORDERED.

Date:
                                                UNITED STATES DISTRICT JUDGE